IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ATARI A. ENDLEY,** | : | |
| **Plaintiff,** | : | |
| | : | 5:07-CV-209 (HL) |
| v. | : | |
| **CITY OF MACON, CHIEF OF POLICE MIKE BURNS, OFFICER TRACEY STANLEY, OFFICER EMMETT BIVINS,** | : | |
| **Defendants.** | : | |

## ORDER

Before the Court is Plaintiff's Motion for Judgment on the Pleadings (Doc. 9). Since the time that Plaintiff filed his Motion, Defendants have filed a Motion for Summary Judgment (Doc. 18). Defendants' Motion asserts that the state court has issued a ruling on the merits in a claim involving the same parties and the same facts, and therefore Plaintiff's federal claims are barred by the doctrine of claim preclusion. Briefing for Defendants' Motion has not yet been completed, however.

Federal courts must give the same preclusive effect to a state court judgment that the judgment would have in the courts of the state where that judgment emerged. 28 U.S.C. § 1738. This rule "reflects a variety of concerns, including notions of comity, the need to prevent vexatious litigation, and a desire to conserve judicial resources." Migra v. Warren City School Dist. Bd. of Educ., 465 U.S. 75, 84

(1984). If a state court judgment does in fact prevent this Court from adjudicating the claims in this case, then it would be inappropriate for this Court to rule on the merits of Plaintiff's claim. Not only would such a ruling violate 28 U.S.C. § 1738, but it would also defeat the policy concerns behind the statute. See Migra, 465 U.S. at 84-85. Plaintiff's Motion for Judgment on the Pleadings is therefore denied with permission to re-file in the event that Defendants' Motion for Summary Judgment is denied.

**SO ORDERED**, this the 26th day of March, 2008.

*s/ Hugh Lawson*
**HUGH LAWSON, Judge**

tch